RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for DERRICK JOSEPH RADY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>DERRICK JOSEPH RADY,<br><br>       Defendant. | Case No. 3:17-CR-00045-HDM-WGC<br>**ORDER GRANTING**<br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Robert O'Brien, counsel for DERRICK JOSEPH RADY, and United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Richard Casper, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for August 6, 2020, at 10:00 AM, be vacated and continued to November 10, 2020, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1.      This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Derrick Rady.

2.      The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3.      Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4.      The government has recently discovered evidence that may be relevant to Mr. Rady's case and exculpatory. To date, defense counsel has had an opportunity to partially review this material, but will need additional time to complete the document review. As a result, counsel for the defendant requests additional time to review these documents.

5.      Defense counsel will need to thoroughly review the government's recently discovered evidence in order to advise Mr. Rady on whether or not he should petition to withdraw his guilty plea in this case.

6.      Mr. Rady is currently detained and agrees with the continuance.

7.      This is the third request for continuance of the sentencing hearing.

DATED this 23rd day of July, 2020.

RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                         United States Attorney


By /s/ Robert O'Brien                            By   /s/ Richard Casper
   ROBERT O'BRIEN                                 RICHARD CASPER
   Assistant Federal Public Defender              Assistant United States Attorney
   Counsel for                                    Counsel for the Government
   DERRICK JOSEPH RADY

2

1

2

3                                             **ORDER**

4          Based on the Stipulation of counsel, and good cause appearing,

5   **IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for August 6,
       at 10:00 AM
6   2020 be vacated and continued to **November 10, 2020, at 11:00 AM.** in Reno Courtroom 4
7    before Judge Howard D. McKibben.  IT IS SO ORDERED.
                    DATED this  23rd  day of July, 2020.
8

9

10                                    _Howard D McKibben_
                                      _____
11                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26