RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for DERRICK JOSEPH RADY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-CR-00045-HDM-WGC |
| Plaintiff, | ORDER GRANTING **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Fourth Request) |
| DERRICK JOSEPH RADY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Robert O'Brien, counsel for DERRICK JOSEPH RADY, and United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Richard Casper, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for November 10, 2020, at 11:00 AM, be vacated and continued to January 26, 2021, at 11:00 AM.

///

///

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Derrick Rady.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. The government has discovered evidence that may be relevant to Mr. Rady's case and exculpatory. As a result of COVID-19 restrictions in government offices and the protective order in place in this case, to date, defense counsel has had an opportunity to partially review this material. Defense counsel requires additional time to complete the document review and any follow-up investigation.

5. Defense counsel will need to completely and thoroughly review the government's discovered evidence in order to advise Mr. Rady on whether or not he should petition to withdraw his guilty plea in this case.

6. Mr. Rady is currently detained and agrees with the continuance.

7. This is the fourth request for continuance of the sentencing hearing.

DATED this 27th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: /s/ Robert O'Brien<br>　　ROBERT O'BRIEN<br>　　Assistant Federal Public Defender<br>　　Counsel for<br>　　DERRICK JOSEPH RADY | By: /s/ Richard B. Casper<br>　　RICHARD B. CASPER<br>　　Assistant United States Attorney<br>　　Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Re-Sentencing Hearing currently set for November 10, 2020 be vacated and continued to **January 26, 2021, at 11:00 AM** in Reno Courtoom 4 before Judge Howard D. McKibben.  IT IS SO ORDERED.

DATED this  27th   day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

3