RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Derrick Joseph Rady

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK JOSEPH RADY,<br><br>Defendant. | Case No. 3:17-CR-00045-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Rebecca Levy, counsel for Derrick Joseph Rady, and Acting United States Attorney Christopher Chiou and Assistant United States Attorney Richard Casper, counsel for the United States Of America, that the Sentencing hearing set for May 26, 2021, at 10:00 AM, be vacated and continued to a date and time convenient to this Court, but no sooner than forty-five (45) days.

///

///

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Derrick Rady.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. The parties are, and continue to be, involved in negotiations in an attempt to resolve this case. The government needs more time to work out the details of the resolution, which may include a request to withdraw Mr. Rady's plea along with a new plea agreement.

4. Once the resolution has been finalized, defense counsel will need additional time to meet with her client and discuss the proposed resolution.

5. Mr. Rady is currently detained and agrees with the continuance.

6. This is the eighth request for continuance of the sentencing hearing.

DATED this 12th day of May, 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| By: /s/ Rebecca Levy<br>REBECCA LEVY<br>Assistant Federal Public Defender<br>Counsel for<br>Derrick Joseph Rady | By: /s/ Richard B. Casper<br>RICHARD B. CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the Sentencing Hearing set for May 26, 2021 at 10:00 AM is vacated and continued to July 20, 2021 at 11:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED**.

DATED this 17th day of May, 2021.

_____
HOWARD D. McKIBBEN,
Senior U.S. District Judge